## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-04924 JLS(SK) | Date | June 14, 2016 |
|---|---|---|---|
| Title | Mary E. Nottage v. Six Unknown Los Angeles Police Officers and Unknown Employees of West Hills Hospital | | |

Present: The Honorable  Steve Kim

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On May 31, 2016, defendants Charlie Beck, in his individual and official capacities, and the City of Los Angeles filed a motion to dismiss set for hearing on June 29, 2016.  (Dkt 26). The motion seeks to dismiss Plaintiff's state law claims for failure to comply with the California Tort Claims Act.  (Id.).  Pursuant to the Local Rules of this Court, any opposition was due on May 8, 2016.  (See L.R. 7-9).  As of the date of this order, Plaintiff has not filed an opposition. "The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion."  (L.R. 7-12).

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE on or before **June 21, 2016** why Plaintiff's state law claims should not be dismissed as to these defendants.  Plaintiff may discharge this order by filing an opposition to the motion to dismiss by or before June 20, 2016. If Plaintiff files an opposition on or before June 20, 2016, Defendant may file an optional reply on or before June 27, 2016, at which time the matter will be taken under submission.

**Plaintiff is further advised that the failure to file a timely response to this order may result in a recommendation that this action be dismissed for failure to comply with a court order and failure to prosecute.**  See Fed. R. Civ. P. 41(b); L.R. 41-1.  If Plaintiff no longer wishes to pursue this action, she may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a) by filing a "Notice of Dismissal."  The Clerk is directed to provide Plaintiff with a Notice of Dismissal Form (CV-009).

The June 29, 2016 hearing date is VACATED.