JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY E. NOTTAGE,<br><br>        Plaintiff,<br><br>    v.<br><br>SIX UNKNOWN LOS ANGELES POLICE OFFICERS AND UNKNOWN EMPLOYEES OF WEST HILLS HOSPITAL,<br><br>        Defendants. | CASE NO. 2:15-CV-04924-JLS (SK)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the action is dismissed without prejudice.

DATED: October 25, 2016

                                            JOSEPHINE L. STATON
                                            U.S. DISTRICT JUDGE